# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>CHESNEY, MAXINE M. | 2. Court or Organization<br><br>U.S. DISTRICT CT./NO. DIST. CA | 3. Date of Report<br><br>03/03/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Family Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02/26/93 | With SF City & Cty Employees' Retirement System for pension payable monthly until death, based on former employment with SF Dist.Atty. |
| 2. 10/29/05 | With State of California Judges' Retirement System for retirement benefits payable monthly until death, based on former employment as SF Superior Court Judge |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | San Francisco City & County Employees' Retirement System - Pension | $16,494.00 |
| 2. 2019 | California Judges' Retirement System - Pension | $137,533.00 |
| 3. 2019 | California Judges" Retirement System - Survivor Benefit | $80,464.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mutual Fund - Columbia CA Tax - Exempt | C | Interest | M | T | | | | | |
| 2. Bond - Calipatria CA Redev Agy | A | Interest | J | T | Redeemed (part) | 09/13/19 | J | | |
| 3. Bond - Sequoia CA Hospital District | A | Interest | J | T | | | | | |
| 4. Bank Accts. - Wells Fargo | D | Interest | P1 | T | | | | | |
| 5. Common Stock - Cisco Systems | B | Dividend | L | T | | | | | |
| 6. IRA - Raymond James (H) | | | | | | | | | |
| 7. -Common Stock - Berkshire Hathaway Hldg Co. CL B | | None | K | T | | | | | |
| 8. -Common Stock - Alphabet Inc. | | None | J | T | | | | | |
| 9. -Common Stock - Merck & Co. | A | Dividend | J | T | Sold (part) | 07/22/19 | J | A | |
| 10. -Mutual Fund - FPA New Income | A | Dividend | J | T | | | | | |
| 11. -Common Stock - Apple Inc. | A | Dividend | J | T | | | | | |
| 12. -Bond Fund - T. Rowe Price Short Term | A | Interest | J | T | Sold (part) | 07/05/19 | J | | |
| 13. -Common Stock - Verizon | A | Dividend | J | T | | | | | |
| 14. -Common Stock - Facebook, Inc. | | None | | | Sold | 02/11/19 | J | A | |
| 15. -Common Stock - Bristol-Meyers Squibb (formerly Celgene Corp.) | | None | J | T | | | | | |
| 16. -Money Mkt Fund - Fimm Treasury Only | A | Dividend | J | T | Buy | 06/25/19 | J | | |
| 17. -Money Mkt Fund - Raymond James Bank | A | Interest | J | T | Open | 01/31/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bond - Cal. Edl. Facs. Rev. | A | Interest | J | T | Redeemed (part) | 07/01/19 | J | | |
| 19. Bond - Pomona Cal. Redev. Agy Tax Alloc. | A | Interest | K | T | | | | | |
| 20. Common Stock - Microsoft | C | Dividend | N | T | | | | | |
| 21. Bond - CA Edl Facs | A | Interest | J | T | Redeemed (part) | 07/10/19 | J | | |
| 22. Common Stock - American Express | A | Dividend | K | T | | | | | |
| 23. Common Stock - Berkshire Hathaway CL A | | None | N | T | | | | | |
| 24. Common Stock - Berkshire Hathaway CL B | | None | N | T | | | | | |
| 25. Common Stock - Farmers & Merchants Bank Long Beach | A | Dividend | K | T | | | | | |
| 26. Common Stock - Oracle Corp. | A | Dividend | L | T | | | | | |
| 27. Bond - Hercules CA Imp't Bd | A | Interest | J | T | | | | | |
| 28. Bond - Holtville CA Redev Agy | A | Interest | K | T | | | | | |
| 29. Bond - Riverbank CA Redev Agy | A | Interest | J | T | Redeemed (part) | 01/31/19 | J | | |
| 30. | | | | | Redeemed (part) | 07/31/19 | J | | |
| 31. Bond - Long Beach CA Fin. Auth. | A | Interest | K | T | | | | | |
| 32. Bond - CA Stwde Cmntys Rev | A | Interest | K | T | | | | | |
| 33. Bond - Daly City CA Hsg Dev | B | Interest | K | T | | | | | |
| 34. Bond - CA Stwde Comntys Dev Auth | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Common Stock - Alphabet Inc. | None | | N | T | | | | | |
| 36. Bond - CA St. G.O. Unltd. | A | Interest | | | Redeemed | 10/17/19 | J | | |
| 37. Bond - Lake Elsinore CA Pub Fin'g | A | Interest | J | T | | | | | |
| 38. Common Stock - Clorox | A | Dividend | K | T | | | | | |
| 39. Common Stock - Merck & Co. | B | Dividend | K | T | Sold<br>(part) | 07/18/19 | K | D | |
| 40. Bank Accts. - Provident Credit Union | D | Interest | N | T | | | | | |
| 41. Mutual Fund - FPA New Incom | D | Interest | N | T | | | | | |
| 42. Bond - Chula Vista CA Elem Sch Dist | A | Interest | J | T | | | | | |
| 43. Bond - Chino CA Redev Agcy | A | Interest | | | Redeemed | 08/20/19 | K | | |
| 44. Common Stock - Apple Inc. | C | Dividend | N | T | | | | | |
| 45. Bond Fund - T. Rowe Price | A | Dividend | K | T | | | | | |
| 46. Corp. Bond - Hewlett-Packard | B | Interest | L | T | | | | | |
| 47. Corp. Bond - CSX Corp. | B | Interest | L | T | | | | | |
| 48. Corp. Bond - Internat'l Paper | B | Interest | K | T | | | | | |
| 49. Common Stock - Phillips 66 | A | Dividend | K | T | | | | | |
| 50. Money Mkt Acct. - Hilltop Securities | A | Interest | K | T | | | | | |
| 51. Corp. Bond - Bank of America | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Corp. Bond - Bank of America | A | Interest | K | T | | | | | |
| 53. Bond - Rowland CA Uni Sch. Dist. | A | Interest | J | T | | | | | |
| 54. Bond - Dept. of Vets Affairs Home Purch. Rev. A | A | Interest | J | T | | | | | |
| 55. Bond - San Gorgonio Mem. Healthcare | A | Interest | K | T | | | | | |
| 56. Bond - Chula Vista CA Partn | A | Interest | J | T | | | | | |
| 57. Common Stock - Gilead Sciences | B | Dividend | L | T | | | | | |
| 58. Common Stock - Verizon | B | Dividend | L | T | | | | | |
| 59. Common Stock - Walt Disney Co. | B | Dividend | M | T | | | | | |
| 60. Common Stock - Abbvie, Inc. | B | Dividend | K | T | | | | | |
| 61. Bond - CA Stwide Comnty Dev Auth | A | Interest | J | T | Redeemed (part) | 08/10/19 | J | | |
| 62. Bond - Mt. San Jacinto CA Cmnty G.O. | A | Interest | J | T | | | | | |
| 63. Bond - Rio CA Elem Sch Dist G.O. | A | Interest | J | T | | | | | |
| 64. Bond - Bakersfield CA City Sch Dist | A | Interest | K | T | | | | | |
| 65. Bond - Merced CA Sch Dist G.O. | A | Interest | J | T | | | | | |
| 66. Common Stock - Kinder Morgan Inc | C | Dividend | L | T | Buy (add'l) | 02/22/19 | K | | |
| 67. REIT - Iron Mtn Inc | B | Dividend | K | T | | | | | |
| 68. Common Stock - Facebook, Inc. | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Common Stock - Bristol-Meyers Squibb (formerly Celgene Corp.) | | None | J | T | | | | | |
| 70. Common Stock - At&T, Inc. | C | Dividend | L | T | | | | | |
| 71. Corp. Bond - Advance Auto Parts | B | Interest | L | T | | | | | |
| 72. Corp. Bond - Corning, Inc. | B | Interest | L | T | | | | | |
| 73. Corp. Bond - Arrow Electronics, Inc. | B | Interest | K | T | Buy (add'l) | 01/30/19 | K | | |
| 74. Corp. Bond - Autozone, Inc. | C | Interest | L | T | | | | | |
| 75. Corp. Bond - Kinder Morgan, Inc. | B | Interest | | | Buy (add'l) | 02/22/19 | K | | |
| 76. | | | | | Redeemed | 12/02/19 | K | | |
| 77. Bond - Rd 17 CA Levee Area Pub. Fin. | A | Interest | J | T | | | | | |
| 78. Bond - Amador Water Agy CA Water Rev. | A | Interest | K | T | | | | | |
| 79. Bond - Stockton CA Redev. Agy Successor | A | Interest | J | T | | | | | |
| 80. Bond - Washington TWP CA Health G.O. Ref. | A | Interest | K | T | | | | | |
| 81. Bond - W. Contr Costa CA Unif. Sch. Dist | A | Interest | J | T | | | | | |
| 82. Common Stock - FedEx Corp. | A | Dividend | K | T | | | | | |
| 83. Corp. Bond - Nordstrom, Inc. | B | Interest | | | Redeemed | 12/06/19 | K | | |
| 84. Corp. Bond - Avnet, Inc. | B | Interest | K | T | | | | | |
| 85. Corp. Bond - Abbott Labs | A | Interest | K | T | Buy (add'l) | 01/30/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Corp. Bond - Markel Corp. | A | Interest | K | T | | | | | |
| 87. Corp. Bond - O'Reilly Automotive | A | Interest | K | T | Buy (add'l) | 01/30/19 | K | | |
| 88. Corp. Bond - KLA-Tencor Corp. | B | Int./Div. | K | T | | | | | |
| 89. Bond - N. Cal. Transmission AG | A | Interest | J | T | | | | | |
| 90. Bond - Santa Clara CA Unif. Sch. Dist. | A | Interest | K | T | | | | | |
| 91. Bank Accts. - Union Bank | D | Interest | O | T | | | | | |
| 92. Corp. Bond - Amgen, Inc. | C | Interest | L | T | | | | | |
| 93. Corp. Bond - Analog Devices | B | Interest | L | T | | | | | |
| 94. Corp. Bond - Goldman Sachs | B | Interest | | | Redeemed (part) | 10/23/19 | K | | |
| 95. | | | | | Redeemed | 11/13/19 | K | | |
| 96. Corp. Bond - Digital Realty Trust | A | Interest | | | Redeemed | 07/17/19 | K | | |
| 97. Corp. Bond - Church & Dwight | A | Interest | K | T | | | | | |
| 98. Corp. Bond - Southern Co. | A | Interest | | | Redeemed | 02/25/19 | K | | |
| 99. Corp. Bond - Walgreens Boots Alliance | B | Interest | | | Redeemed | 11/18/19 | K | | |
| 100. Common Stock - Pfizer, Inc. | B | Dividend | K | T | | | | | |
| 101. Common Stock - Covanta Hldg Corp. | B | Dividend | K | T | | | | | |
| 102. Corp. Bond - American Elec. Power, Inc. | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Corp. Bond - Burlington Northern Santa Fe | B | Interest | | | Redeemed | 10/01/19 | K | | |
| 104.  Corp. Bond - CVS Caremark Corp. | B | Interest | K | T | | | | | |
| 105.  Corp. Bond - Comerica, Inc. | A | Interest | | | Redeemed | 05/23/19 | K | | |
| 106.  Corp. Bond - Dominion Energy, Inc. | A | Interest | K | T | | | | | |
| 107.  Corp. Bond - General Mills | B | Interest | K | T | | | | | |
| 108.  Corp. Bond - Nordstrom | B | Interest | | | Redeemed | 12/06/19 | K | | |
| 109.  Corp. Bond - Wells Fargo | B | Interest | L | T | Buy (add'l) | 10/10/19 | L | | |
| 110.  Corp,. Bond - Marriott, Int'l | A | Interest | | | Redeemed | 03/01/19 | K | | |
| 111.  Corp. Bond - Kellog Co. | B | Interest | K | T | | | | | |
| 112.  Money Mkt Fund - J.P. Morgan (Carillon) | B | Interest | | | Closed | 06/25/19 | N | | |
| 113.  Bond - Charter Oak Ca Unified Sch. Dist | A | Interest | K | T | | | | | |
| 114.  Bond - Stockton Ca Unified Sch. Dist. | A | Interest | J | T | | | | | |
| 115.  Bond - Jefferson Ca Union High Sch. Dist. | A | Interest | J | T | | | | | |
| 116.  Bond - Imperial CA Comm. College Dist. | A | Interest | J | T | | | | | |
| 117.  Bond - Lompoc CA Water Rev. | A | Interest | J | T | | | | | |
| 118.  Bond - Rio Vista CA Pub. Fin. Auth. | A | Interest | K | T | | | | | |
| 119.  Bond - Alhambra CA Insd Rev. | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Bond - Elk Grove CA Fin. Auth. | A | Interest | J | T | | | | | |
| 121. Bond - Rincon Vy CA Unif. Sch. Dist. | A | Interest | J | T | | | | | |
| 122. Bond - Dixie CA Sch. Dist. | A | Interest | J | T | | | | | |
| 123. Bond - W. Hollywood CA Pub. Fing. Auth. | A | Interest | J | T | Buy | 11/25/19 | J | | |
| 124. Bond - Centinella Valley CA Union Sch. Dist. | A | Interest | J | T | Buy | 11/25/19 | J | | |
| 125. Bond - Calexico CA Unif. Sch. Dist. | A | Interest | J | T | Buy | 10/24/19 | J | | |
| 126. Bond - Ripon CA Unif. Sch. Dist. | A | Interest | K | T | Buy | 09/26/19 | K | | |
| 127. Bond - Indep. Cities CA Fing. Auth. | A | Interest | K | T | Buy | 05/08/19 | J | | |
| 128. Bond - CA Infrastructure & Econ. Dev. | A | Interest | K | T | Buy | 03/28/19 | J | | |
| 129. Money Mkt Fund - Fimm Treasury Only | B | Dividend | L | T | Buy | 06/25/19 | M | | |
| 130. | | | | | Sold (part) | 10/19/19 | M | | |
| 131. Corp. Bond - Dollar Tree | B | Interest | L | T | Buy | 10/08/19 | M | | |
| 132. Corp. Bond - Verizon | A | Interest | K | T | Buy | 01/30/19 | K | | |
| 133. Corp. Bond - American Express | A | Interest | L | T | Buy | 01/30/19 | K | | |
| 134. Corp. Bond - Kohls | A | Interest | L | T | Buy | 05/15/19 | L | | |
| 135. Money Mkt Acct - Raymond James Bank | A | Interest | N | T | Open | 06/28/19 | N | | |
| 136. Corp. Bond - Constellation Brands | A | Interest | L | T | Buy | 05/15/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 06/24/19 | K | | |
| 138. Corp. Bond - EBay Inc. | A | Interest | K | T | Buy | 06/24/19 | K | | |
| 139. Corp. Bond - American Tower | A | Interest | L | T | Buy | 10/08/19 | L | | |
| 140. Corp. Bond - Comerica | A | Interest | L | T | Buy | 10/08/19 | L | | |
| 141. Corp. Bond - Kansas City Southern | B | Interest | K | T | Buy | 01/30/19 | K | | |
| 142. Bank Acct. - Charles Schwab | A | Interest | K | T | Open | 02/16/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I./Part VII: All Family Trust #1 assets are included in Part VII.

Part VII. Line 77: "Rd 17" added for completeness.

Part VII. Line 101: Spelling corrected.

## IX. CERTIFICATION.

    **I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.**

    **I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.**

      **Signature:** **s/ MAXINE M. CHESNEY**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544